# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00514-RJC-DSC

| | |
|---|---|
| MILDRED MOATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| US DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Liberty Mutual Insurance Company's Motion to Intervene" (document # 5) filed November 5, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: November 6, 2014

David S. Cayer
United States Magistrate Judge