# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No. 3:14-cv-514-RJC-DSC

| | |
|---|---|
| MILDRED L. MOATES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (CENTERS FOR MEDICARE AND MEDICAID SERVICES),<br><br>    Defendant,<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Intervenor. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's motion to voluntarily dismiss this action against Defendant United States Department of Health and Human Services (Centers for Medicare and Medicaid Services), given that the Defendant has provided the itemization and other information demanded in Plaintiff's Complaint. (Doc. No. 13). For the reasons set forth in Plaintiff's motion and Defendant's consent to the motion, the Court GRANTS the motion for a voluntary dismissal without prejudice.

**SO ORDERED.**

Signed: December 16, 2014

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge